# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1193

_____

Patricia Vylasek; John J. Vylasek

*Plaintiffs - Appellants*

v.

Mortgage Electronic Registration Services, Inc.; Aurora Loan Services, LLC;
Nationstar Mortgage, LLC; Residential Funding Company, LLC; Deutsche Bank
Trust Company Americas; Does I-X

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: August 12, 2016
Filed: August 17, 2016
[Unpublished]

_____

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

John and Patricia Vylasek appeal after the district court[1] dismissed their complaint with prejudice. They also move for this court to take judicial notice of certain facts.

After careful de novo review, we conclude that the dismissal was proper. *See Anderson-Tully Co. v. McDaniel*, 571 F.3d 760, 762 (8th Cir. 2009) (grant of motion to dismiss is reviewed de novo); *see also* 28 U.S.C. § 1332 (diversity jurisdiction); *Park Nicollet Clinic v. Hamann*, 808 N.W.2d 828, 833 (Minn. 2011) (elements of breach-of-contract claim); *Paidar v. Hughes*, 615 N.W.2d 276, 279-80 (Minn. 2000) (elements of slander-of-title claim).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny the pending motion.

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.